**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1894

MACARTHUR DAY,

              Plaintiff - Appellant,

        v.

FRANK MORGAN; CONNIE LONG; ED ESTRIDGE; LEE WALKER; RONALD
CHESTNUT; LINDA HORTON; KCSD, Kershaw County School
District,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:10-cv-00454-JFA)

Submitted:  January 30, 2012          Decided:  February 9, 2012

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

MacArthur Day, Appellant Pro Se.  Kenneth Lendren Childs,
Jasmine Rogers Drain, Allen Dean Smith, CHILDS & HALLIGAN,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

MacArthur Day appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Day v. Morgan</u>, No. 3:10-cv-00454-JFA (D.S.C. Aug. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>